JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LASBN 24421)
ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7210
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 0710 WHA |
| Plaintiff, | |
| v. | **UNITED STATES' SENTENCING MEMORANDUM** |
| KATHERINE ELIZABETH PAIZ, | |
| Defendant. | |

    The United States agrees with U.S. Probation's calculation of the Guidelines as Offense Level 13 and Criminal History Category II, yielding a Guidelines-advised sentence of 15–21 months of imprisonment plus 120 months for the § 844(h)(1) conviction. The United States disagrees, however, with U.S. Probation's recommendation of 6 months of imprisonment for the fraud and conspiracy convictions, and submits that there are no factors warranting a variance from the benchmark Guidelines-advised sentence in this case.

    Accordingly, the United States respectfully recommends that the defendant be sentenced to 15–21 months of imprisonment, concurrent on Counts One through Three, plus a consecutive term of 120 months of imprisonment on Count Four, for an overall

Sentencing Memorandum
CR 06 0710 WHA

total of 135–141 months of imprisonment.  The United States also respectfully recommends that the defendant's sentence include a three year term of supervised release, $30,098.27 in restitution, and $400 in special assessments.

DATED:  January 18, 2008                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                            _____/s_____
                                            WILLIAM FRENTZEN
                                            ROBERT DAVID REES
                                            Assistant United States Attorneys