IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KATHERINE ELIZABETH PAIZ,

Defendant.
_____/

No. CR 06-00710 WHA

**ORDER GRANTING REQUEST TO EXPAND THE RECORD**

Section 2255 counsel has submitted a request to expand the record pursuant to 28 U.S.C. 225, rule 7, to include the preliminary declaration of California Highway Patrol vehicle theft expert William Moore (Dkt. No. 466). Counsel submits that the declaration provides additional evidence as to three claims pending in this action, all of which relate to Ms. Regina DeGidio's expert opinions and testimony. The government has responded, stating it "continues generally to object to continued discovery pending the intervenor appeal by Daniel Blank" but "in keeping with its prior policy of individually considering the merits of any specific discovery requests," does not object to the declaration being accepted as part of the record, reserving the right to raise challenges to it on other grounds (Dkt. No. 468).

The request to expand the record to include the preliminary declaration of Mr. Moore is **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE