1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   ROBERT DAVID REES (CABN 229441)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7210
      Facsimile: (415) 436-6753
8     E-mail:  robert.rees@usdoj.gov

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )    No. CR 06 0710 WHA
                                    )
14      Plaintiff,                  )    **STIPULATION AND ~~[PROPOSED]~~**
                                    )    **ORDER CONTINUING STATUS**
15      v.                          )    **HEARING TO APRIL 24, 2012**
                                    )
16 KATHERINE ELIZABETH PAIZ,        )    Hearing Date:  April 17, 2012
                                    )    Hearing Time:  2:00PM
17      Defendant.                  )    Court:  Hon. William H. Alsup
                                    )
18

19      The parties hereby stipulate and agree to continue the status hearing currently set

20 for April 17, 2012 in the above-captioned matter by one week, to April 24, 2012 at

21 2:00PM.

22      Good cause for the requested continuance is that the both of the undersigned

23 counsel for the United States are out of the district on April 17, 2012, and it would be the

24 preference of the parties for at least one of them to be available for the status conference

25 as it is expected that various case-related deadlines will be set.  On April 24, 2012, both

26 //

27 //

28 //

STIPULATION AND ~~PROPOSED~~ ORDER, CR 06-710 WHA

counsel will have returned to the district.

IT IS HEREBY STIPULATED.

DATED: April 13, 2012                    MELINDA HAAG
                                         United States Attorney


                                         _____/s/_____
                                         WILLIAM FRENTZEN
                                         ROBERT DAVID REES
                                         Assistant United States Attorneys



DATED: April 13, 2012                    _____/s/_____
                                         KATHERINE ALFIERI, ESQ.
                                         Attorney for Katherine Elizabeth Paiz


IT IS HEREBY ORDERED.


DATED: April 16, 2012.                   _____
                                         William Alsup
                                         UNITED STATES DISTRICT JUDGE