IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KATHERINE PAIZ GONZALEZ,

Defendant.

No. CR 06-00710 WHA

**ORDER RE STIPULATION TO EXTEND TRAVERSE FILING DATE BY THREE DAYS**

The parties have submitted a stipulation to extend the due date for the filing of defendant's traverse from June 19, 2012, to June 22. The reason is as follows. A deposition subpoena was issued for government trial witness Regina DeGidio. The deposition was to take place by June 7, 2012. To avoid having Ms. DeGidio, who lives in Contra Costa County, travel to San Francisco for a deposition, especially given that counsel expected to only ask Ms. DeGidio 15–18 questions, the parties agreed that in lieu of conducting a deposition, the parties would proceed by written questions. Ms. DeGidio was to answer the questions in full without objection and under oath within three days of service thereof. Ms. DeGidio was served the questions on June 2. The parties just learned that due to illness and workload, Ms. DeGidio will not be able to provide answers to the questions until June 15. Since the subject matter of the questions is important to defendant's claims, good cause exists to grant the requested extension of time to file the traverse. This extension will not affect any other dates set in the scheduling order.

Counsel must remain diligent and be mindful of all future dates set in this matter. The request to extend the deadline to file the traverse is **GRANTED**. The traverse is due June 22, 2012. All other dates set forth in the scheduling order remain in place.

**IT IS SO ORDERED.**

Dated: June 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE