MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY (DCBN 475889)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-Mail: Cynthia.Frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KATHERINE ELIZABETH PAIZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 06-0710 WHA <br><br> STIPULATION AND [PROPOSED] <br> ORDER TO CONTINUE HEARING <br><br> Current Hearing Date: February 12, 2013 <br> Time: 2:00 p.m. <br><br> Proposed Hearing Date: February 26, 2013 <br> Time: 2:00 p.m. |

      The above-captioned case is currently scheduled for sentencing on February 12, 2013 at 2:00 p.m. Due to scheduling conflicts of the government, the parties request a continuance of the scheduled hearing to February 26, 2013, at 2:00 p.m. Counsel for the defendant and the Probation Officer have agreed to the proposed continuance.

      This request is made pursuant to Criminal Local Rule 32-2. Good cause exists for the continuance of the hearing. Crim. L.R. 32-2(a) - (a)(1). Moreover, counsel for both parties and the Probation Officer have conferred and confirmed their availability on February 26, 2013, at 2:00 p.m. Additionally, the Courtroom Deputy Clerk confirmed the Court's availability for that date. Crim. L. R. 32-2(a)(2)-(3). A proposed order is attached hereto. Crim. L.R. 32-2(a)(4).

SO STIPULATED:

              MELINDA HAAG
              United States Attorney

DATED: February 5, 2013      /S/
              CYNTHIA M. FREY
              Assistant United States Attorney

DATED: February 5, 2013      /S/
              ETHAN A. BALOGH
              Attorney for KATHERINE ELIZABETH PAIZ

  For good cause shown and in accordance with Criminal Local Rule 32-2(a), the sentencing on this matter, now scheduled for February 12, 2013 at 2:00 p.m., is vacated. The hearing shall be continued to February 26, 2013 at 2:00 p.m.

IT IS SO ORDERED.

February 6, 2013.
DATED              HON. WILLIAM ALSUP
              United States District Court Judge